DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARTHUR LEE HARMON, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0890

[August 13, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 502023CF008493AXXXMB.

Antony P. Ryan, Regional Counsel, and Danielle Nicole Forté, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***